IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
EXTRADITION OF DARREN MARC
GROSSMAN.

DARREN MARC GROSSMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80503

FILED

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his petition, appellant challenged a Governor's Warrant allowing extradition to Colorado. The district court denied the petition because appellant is no longer held in custody on the Governor's Warrant but instead is confined pursuant to a Nevada judgment of conviction, which was entered after issuance of the Governor's Warrant.

We conclude that the district court did not err. NRS 179.215 provides that it is within the Governor's discretion to surrender a person facing charges in Nevada for extradition or hold the person until convicted

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

20-18606

and punished. And there has been no proceeding initiated under the Interstate Agreement on Detainers. *See* NRS 178.620. Accordingly, we ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Linda Marie Bell, Chief Judge
Darren Marc Grossman
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk